UNITED STATES DISTRICT COURT
EASTERN DISRICT OF MICHIGAN
Southern Division

| | |
|---|---|
| JILL CARUSO, Individually, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 2:11-cv-12114 |
| : | |
| Gale Force Sports & Entertainment, LLC. : | |
| A Domestic Limited Liability Company : | |
| : | |
| Defendant. : | |
| _____/ : | |

STEVEN M. HYDER (P69875)
58 Barker
P.O. Box 373
Whitmore Lake, Michigan  48189
Telephone:  (734) 474-1195
hyders@priorityonelaw.com

PETE M. MONISMITH
PETE M. MONISMITH, PA
3945 Forbes Avenue,
Suite #175
Pittsburg, Pennsylvania  15213
Telephone:  (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
*Attorneys for Plaintiff*

Luis Theros
Butzel Long
Suite 100
150 West Jefferson Ave.
Detroit, MI 48226
Ph. (313) 225-7000
Fx. (313) 225-7080
Theros@butzel.com

Attorney for Defendant

## STIPULATED ORDER OF DISMISSAL

At a session of said Court, held in the U.S. District Court for the Eastern District of Michigan on:  October 13, 2011.

PRESENT:  Hon. Patrick J. Duggan
United States District Court Judge

The parties, through their respective counsel, having reached a settlement in this matter, stipulated to a Dismissal with prejudice with the right of either party to reinstate this action if not consummated within sixty (60) days, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, with the right of either party to reinstate this action if settlement is not consummated within sixty (60) days.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge


Dated: October 13, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on Thursday, October 13, 2011, by electronic and or ordinary mail.

        s/Marilyn Orem
        Case Manager


Plaintiff Jill Caruso and Defendant Gale Force Sports & Entertainment, LLC., having reached a settlement agreement in this matter, stipulate to the voluntary dismissal with prejudice of the above-captioned matter, with the right of either party to reinstate the matter if settlement is not consummated within sixty (60) days.

Respectfully submitted this 6th day of October 2011.

| | |
|---|---|
| STEVEN M. HYDER (P69875)<br>58 Barker<br>P.O. Box 373<br>Whitmore Lake, Michigan  48189<br>Telephone:  (734) 474-1195<br>hyders@priorityonelaw.com<br><br>PETE M. MONISMITH<br>PETE M. MONISMITH, PC<br>3945 Forbes Avenue,<br>Suite #175<br>Pittsburg, Pennsylvania  15213<br>Telephone:  (724) 610-1881<br>Facsimile (412) 258-1309<br>Pete@monismithlaw.com | /s/ Luis Theros<br>Luis Theros<br>Butzel Long<br>Suite 100<br>150 West Jefferson Ave.<br>Detroit, MI 48226<br>Ph. (313) 225-7000<br>Fx. (313) 225-7080<br>Theros@butzel.com<br><br>Attorney for Defendant |